U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SYMONS BY DAYTON SUPERIOR, a division of DAYTON SUPERIOR CORPORATION
vs.

RSINDUSTRIES, INC.

Case Number:
FILED: AUGUST 22, 2008
08CV4819
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER
BR

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SYMONS BY DAYTON SUPERIOR, a division of DAYTON SUPERIOR CORPORATION

| | |
|---|---|
| NAME (Type or print) <br> Renee M. Mehl | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Renee M. Mehl | |
| FIRM <br> Kohner, Mann & Kailas, S.C. | |
| STREET ADDRESS <br> 4650 N. Port Washington Rd. | |
| CITY/STATE/ZIP <br> Milwaukee, WI 53212 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1059524 | TELEPHONE NUMBER <br> 414-962-5110 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |