U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>SYMONS BY DAYTON SUPERIOR, a division of<br>DAYTON SUPERIOR CORPORATION<br>vs.<br><br>RSINDUSTRIES, INC. | Case Number:<br>FILED: AUGUST 22, 2008<br>08CV4819<br>JUDGE COAR<br>MAGISTRATE JUDGE SCHENKIER<br>BR |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SYMONS BY DAYTON SUPERIOR, a division of
DAYTON SUPERIOR CORPORATION

---

| NAME (Type or print) |
|---|
| Jordan B. Reich |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jordan B. Reich |

| FIRM |
|---|
| Kohner, Mann & Kailas, S.C. |

| STREET ADDRESS |
|---|
| 4650 N. Port Washington Rd. |

| CITY/STATE/ZIP |
|---|
| Milwaukee, WI 53212 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>414-962-5110 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |