# United States District Court for the Northern District of Illinois

Case Number: 08CV4819            Assigned/Issued By: DAJ

Judge Name: COAR               Designated Magistrate Judge: SCHENKIER

## FEE INFORMATION

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00               Receipt #: 3045909

Date Payment Rec'd: 08/22/08       Fiscal Clerk: DAJ

## ISSUANCES

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
                                   _____
                                   (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __08/22/08__ as to __DEF._____
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05